UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZANNE ABBOTT and
THOMAS O'CONNOR,

    Plaintiffs,

-vs-

MARY RECHLIN, WILLIAM RECHLIN,
TOWNSHIP OF ADDISON,
OAKLAND COUNTY ROAD COMMISSION,
WATER RESOURCES COMMISSION,
ENVIRONMENT, GREAT LAKES, ENERGY'S
OAKLAND COUNTY SHERIFF,
ANDERSON, ECKSTEIN & WESTRICK,
GORDIE WILSON PE, and
LAWRENCE M. SURRATT,

    Defendants.
_____/

Case No.: 2:23-CV-10962-TGB-DRG
Honorable: Terrence G. Berg
Magistrate Judge: David R. Grand

---

**SUZANNE ABBOTT AND THOMAS O'CONNOR**
Pro Se
66 Peninsula Dr.
Leonard, Michigan 48367
(T) (248) 881-1987 | (T) (248) 974-8002
suzmabbott@gmail.com
tom@2alphaomega.com

**LAW OFFICES OF RONALD M. SANGSTER PLLC**
BY:  RONALD M. SANGSTER JR. (P39253)
Attorney for Lawrence M. Surratt
901 Wilshire Drive, Suite 230
Troy, Michigan 48084
(T) (248) 269-7040 | (F) (248) 269-7050
rsangster@sangster-law.com
msangster@sangster-law.com

**OAKLAND COUNTY CORPORATION COUNSEL**
BY: KYLE HEIKA (P78833)
Attorney for Oakland County Sheriff, Michael J. Bouchard, Sheriff, Sgt. G. Harvey, Deputy Slazinski, Sgt. K. Weir, only
1200 N. Telegraph Rd., Dept. 419
Pontiac, MI 48341-0419
(248) 858-4097
heikak@oakgov.com

_____/

## DEFENDANT LAWRENCE M. SURRATT'S MOTION TO DISMISS FOR INSUFFICIENCY OF PROCESS PURSUANT TO Fed. R. Civ. P. 12(b)(5)

**NOW COMES** Defendant Lawrence M. Surratt, by and through his attorneys, the Law Offices of Ronald M. Sangster PLLC, by Ronald M. Sangster, Jr., and for his Motion to Dismiss the Plaintiffs' Complaint against him for insufficiency of process pursuant to Fed. R. Civ. P. 12(b)(5), states as follows:

1. Pursuant to E.D. Mich. LR 7.1(a)(2)(C), concurrence with this Motion has not been sought because of the emergent nature of the relief requested; Defendant is filing this Motion in lieu of an Answer, and must comply with the timing requirements set forth in Fed. R. Civ. P. 12(a)(1)(A)(i).

2. Plaintiffs filed this suit on or about April 24, 2023 naming Mr. Surratt as a Defendant along with his neighbors and numerous other governmental agencies.

3. On or about July 18, 2023, Plaintiff Thomas O'Connor himself personally served the Summons and Complaint upon Mr. Surratt's sister, Ms. Marie Surratt, at the Surratt's co-owned cottage at 83 Peninsula Dr., Leonard, MI 48367. (See **Exhibit 1 – Affidavit of Marie Surratt**).

4. Fed. R. Civ. P. 4(c)(2) provides that "Any person who is at least 18 years old **and not a party may serve a summons and complaint**." (Emphasis Added).

5.   Defendant Surratt has not waived defects in service of process.

**WHEREFORE**, Defendant Lawrence M. Surratt respectfully requests this Honorable Court enter a dismissal of the present action against him in his favor and against Plaintiffs, together with an award of costs and attorney fees by him so wrongfully sustained.

>Respectfully submitted,
>
>LAW OFFICES OF RONALD M. SANGSTER, PLLC
>
>By:   /s/ Ronald M. Sangster, Jr.
>Ronald M. Sangster, Jr. (P39253)
>Attorney for Lawrence M. Surratt
>901 Wilshire Drive, Suite 230
>Troy, Michigan 48084
>(248) 269-7040
>rsangster@sangster-law.com
>msangster@sangster-law.com

Dated:  August 8, 2023

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZANNE ABBOTT and                   Case No.: 2:23-CV-12566-TGB-DRG
THOMAS O'CONNOR,                     Honorable: Terrence G. Berg
                                     Magistrate Judge: David R. Grand
        Plaintiffs,

-vs-

MARY RECHLIN, WILLIAM RECHLIN,
TOWNSHIP OF ADDISON,
OAKLAND COUNTY ROAD COMMISSION,
WATER RESOURCES COMMISSION,
ENVIRONMENT, GREAT LAKES, ENERGY'S
OAKLAND COUNTY SHERIFF,
ANDERSON, ECKSTEIN & WESTRICK,
GORDIE WILSON PE, and
LAWRENCE M. SURRATT,

        Defendants.
_____/

**SUZANNE ABBOTT AND THOMAS O'CONNOR**
Pro Se
66 Peninsula Dr.
Leonard, Michigan 48367
(T) (248) 881-1987 | (T) (248) 974-8002
suzmabbott@gmail.com
tom@2alphaomega.com

**LAW OFFICES OF RONALD M. SANGSTER PLLC**
BY:  RONALD M. SANGSTER JR. (P39253)
Attorney for Lawrence M. Surratt
901 Wilshire Drive, Suite 230
Troy, Michigan 48084
(T) (248) 269-7040 | (F) (248) 269-7050
rsangster@sangster-law.com
msangster@sangster-law.com

**OAKLAND COUNTY CORPORATION COUNSEL**
BY: KYLE HEIKA (P78833)
Attorney for Oakland County Sheriff, Michael J. Bouchard, Sheriff, Sgt. G. Harvey, Deputy Slazinski, Sgt. K. Weir, only
1200 N. Telegraph Rd., Dept. 419
Pontiac, MI 48341-0419
(248) 858-4097
heikak@oakgov.com
_____/

## BRIEF IN SUPPORT OF DEFENDANT LAWRENCE M. SURRATT'S MOTION TO DISMISS FOR INSUFFICIENCY OF PROCESS PURSUANT TO Fed. R. Civ. P. 12(b)(5)

Defendant Lawrence M. Surratt relies upon the Federal Rules of Civil Procedure, more specifically Fed. R. Civ. P. 12(b)(5) and Fed. R. Civ. P. 4(c)(2), in defense of his Motion to Dismiss.

Failure to properly serve a defendant deprives the court of personal jurisdiction. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 350 (1999). Thus, a court may dismiss an action where service is improper. *Light v. Wolf*, 816 F.2d 746 (D.C. Cir. 1987). The court in that case found that "[t]he party on whose behalf service is made has the burden of establishing its validity when challenged; to do so, he must demonstrate that the procedure employed satisfied the requirements of the relevant portions of Rule 4 and any other applicable provision of law." *Id*. at 751. (Citing Wright & A. Miller § 1083, at 334.; *E.g., Rivera v. Nissan Manufacturing Co.,* 788 F.2d 819, n. 2 (1st Cir.1986); *Norlock v. City of Garland,* 768 F.2d 654 (5th Cir.1985); *Lamb v. Volkswagenwerk Aktiengesellschaft,* 104 F.R.D. 95 (S.D.Fla.1985).) The court in *Reading v. United States*, 506 F. Supp. 2d 13, 19 (D.D.C. 2007), citing *Light v. Wolf*, reasoned that "the absence of proper service deprives the court of personal jurisdiction over the defendants, dismissal is required not only *de rigueur* but *de jure*."

In this case, Plaintiff Thomas O'Connor himself personally served a Summons and Complaint upon Defendant's sister, Marie, at the cottage that they both own along with some of their other siblings. (**Exhibit 1**). Notwithstanding any argument as to whether the location and person Plaintiff served was proper, Plaintiff clearly did not comply with Fed. R. Civ. P. 4(c)(2) by effectuating service himself.

**WHEREFORE**, because Plaintiff in violation of Fed. R. Civ. P. 4(c)(2) did not properly serve Defendant Lawrence M. Surratt, Defendant respectfully requests this Honorable Court enter a dismissal of the present action against him in his favor and against Plaintiffs, together with an award of costs and attorney fees by him so wrongfully sustained.

    Respectfully submitted,

LAW OFFICES OF RONALD M. SANGSTER, PLLC

By: /s/ Ronald M. Sangster, Jr.
    Ronald M. Sangster, Jr. (P39253)
    Attorney for Lawrence M. Surratt
    901 Wilshire Drive, Suite 230
    Troy, Michigan 48084
    (248) 269-7040
    rsangster@sangster-law.com
    msangster@sangster-law.com

Dated: August 8, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2023, I electronically filed the foregoing document (Motion to Dismiss and Brief in Support) with the Clerk of the Court using the ECF System which will send notification of such filing to the attorney(s) of record and Party(s) of record, and I hereby certify that I have mailed by United States Postal Service the same to the following non-ECF participants: Plaintiff Suzanne Abbott at 66 Peninsula Dr., Leonard, MI 48367.

        Respectfully submitted,

        LAW OFFICES OF RONALD M. SANGSTER, PLLC

        By:   /s/ Ronald M. Sangster, Jr.
                Ronald M. Sangster, Jr. (P39253)
                Attorney for Lawrence M. Surratt
                901 Wilshire Drive, Suite 230
                Troy, Michigan 48084
                (248) 269-7040
                rsangster@sangster-law.com
                msangster@sangster-law.com

Dated: August 8, 2023

# EXHIBIT 1

UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUZANNE ABBOTT and
THOMAS O'CONNOR,

    Plaintiffs,

-vs-

MARY RECHLIN, WILLIAM RECHLIN,
TOWNSHIP OF ADDISON,
OAKLAND COUNTY ROAD COMMISSION,
WATER RESOURCES COMMISSION,
ENVIRONMENT, GREAT LAKES, ENERGY'S
OAKLAND COUNTY SHERIFF,
ANDERSON, ECKSTEIN & WESTRICK,
GORDIE WILSON PE, and
LAWRENCE M. SURRATT,

    Defendants.

Case No.: 2:23-CV-10962-TGB-DRG
Honorable: Terrence G. Berg
Magistrate Judge: David R. Grand

_____/

| | |
|---|---|
| **SUZANNE ABBOTT AND THOMAS O'CONNOR**<br>Pro Se<br>66 Peninsula Dr.<br>Leonard, Michigan 48367<br>(T) (248) 881-1987 \| (T) (248) 974-8002<br>suzmabbott@gmail.com<br>tom@2alphaomega.com | **LAW OFFICES OF RONALD M. SANGSTER PLLC**<br>BY: RONALD M. SANGSTER JR. (P39253)<br>Attorney for Lawrence M. Surratt<br>901 Wilshire Drive, Suite 230<br>Troy, Michigan 48084<br>(T) (248) 269-7040 \| (F) (248) 269-7050<br>rsangster@sangster-law.com<br>msangster@sangster-law.com<br><br>**OAKLAND COUNTY CORPORATION COUNSEL**<br>BY: KYLE HEIKA (P78833)<br>Attorney for Oakland County Sheriff, Michael J. Bouchard, Sheriff, Sgt. G. Harvey, Deputy Slazinski, Sgt. K. Weir, only<br>1200 N. Telegraph Rd., Dept. 419<br>Pontiac, MI 48341-0419<br>(248) 858-4097<br>heikak@oakgov.com |

_____/

## AFFIDAVIT OF MARIE SURRATT

STATE OF MICHIGAN   )
                           ) ss
COUNTY OF OAKLAND   )

    I, Marie Surratt, being first duly sworn, deposes and states that if called to testify, I could confidently testify to the following:
1. That I was personally served a Summons and Complaint naming my brother, Lawrence M. Surratt, as a Defendant in this lawsuit.
2. That such service was made at my cottage co-owned with Mr. Surratt at

83 Peninsula Drive, Leonard, MI 48367.
3. That such service occurred on or about July 16, 2023.
4. That I am aware of the identity of Mr. Thomas O'Connor.
5. That Mr. O'Connor himself personally served the aforementioned Summons and Complaint upon me.

**FURTHER AFFIANT SAYETH NOT.**

*Marie A Surratt*
Marie Surratt

Subscribed and sworn to before me this
7th day of August, 2023

*Anita G. Blanco*
Notary Public,
Macomb County, Michigan
My commission expires: 11/05/2027

Anita G. Blanco
NOTARY PUBLIC - STATE OF MICHIGAN
County of Macomb
My Commission Expires November 5, 2027
Acting in the County of Oakland